Robert R. Prunty, Jr. (Appearing as Next Friend)
427 West Hickory Street
Arcadia, Florida   34266
Tel.   863.991.5195



FILED by _____ D.C.

MAR 0 5 2014

STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – MIAMI

## UNITED STATES DISTRICT COURT FOR THE

## SOUTHERN DISTRICT OF FLORIDA

## 14-20834-CIV-WILLIAMS/TURNOFF

| | |
|---|---|
| **Robert R. Prunty, Jr.**, Appearing as Next Friend and residing at 427 West Hickory Street, Arcadia, Florida 34266; Representing minor children, all of same address:   **Robert R. Prunty III** (Autistic-non-English speaking), **Judah Benjamin Israel Prunty,** (Autistic-non English speaking), **Josiah R. Prunty**, (Autistic-developmental speech comprehension delays), **Moses R. Prunty**, (Autistic-developmental speech comprehension delays) & **Modeja E. Prunty**, (developmental delays) | Case No.: |
| | JUDGE: |
| **Plaintiff(s)** | **A CIVIL   ACTION ARISING UNDER THE UNITED STATES CONSTITUTION'S 13TH AMENDMENT** |
| vs. | |
| **Ms. Kathleen Sibelius, Secretary, Department of Health and Human Services,** in her Individual Capacity as Director of The Department of Health & Human Services, 200 Independence Avenue. Washington, D.C.20201; **Johnson & Johnson Pharmaceuticals**,& **Mr.Alex Gorsky**, in his Individual and Official capacity as Chairman; One Johnson & Johnson Plaza, New Brunswick, New Jersey 08933; **Coastal Behavioral HealthCare, Inc.**,& **Mr. Jack Minge**, as President, in his Individual & Official Capacity, & **Dr. Earnesto Matos-Gonzalez,** in his Individual | **ACTION TO END DISCRIMINATION IN PUBLIC SCHOOLS BASED ON NATIONAL ORIGINS** **THE CIVIL RIGHTS ACT   OF 1964 TITLE VI** **THE REHABILITATION ACT- SECTIONS 504 &508 ET SEQ.** **I.D.E.A 20 USC 1400 ET SEQ** |

and Official capacity as Director;
Administrative Offices; 1565 State Street,
Sarasota, FL 34236; **Janssen
Pharmaceuticals, Janssen Healthcare
Learning Center**, c/o **Mr. Tom Heyman**, in
his Individual & Official Capacity as
Chairman; 1125 Trenton-Harbourton Road,
P.O. Box 200, Titusville, NJ 08560;
**Bristol-Myers Squibb**, C/o **Mr. James M.
Cornelius**, in his Individual & Official
Capacity as Chairman; 345 Park Avenue, New
York, N.Y. 10154; **Mr. Justin Senior,
Florida Medicaid Director**; in his Individual
& Official Capacity as Director; & **Ms. Karen
Brooks,** in her Individual & Official Capacity
as Director 2727 Mahan Drive Bldg. 3,
Mail-Stop #8 Tallahassee, Florida 32308;
**Desoto County Board of Education School
Systems, Dr. Karyn E. Gary**, in her
Individual & Official Capacity as
Superintendent of Schools.   530 Lasolona
Avenue, Arcadia, Florida 34266; **West
Elementary School, C/o Ms Phyllis
Clemons**, in her Individual & Official
Capacity as Principal;   304 W. Imogene
Street, Arcadia Florida 34266 & **Memorial
Elementary School, C/o Mr. Dale Wolgast,**
in his Individual & Official Capacity as
Principal; 851 E. Hickory Street, Arcadia,
Florida 34266

**Defendants**

**FLORIDA DECEPTIVE AND UNFAIR
TRADE PRACTICES ACT &**


**SEEKING DECLARATORY AND
INJUNCTIVE RELIEF**


**JURY TRIAL DEMAND**

## A CIVIL COMPLAINT

### JURISDICTION

**1.)**   This Court has Jurisdiction over the subject matter of this Civil Action Pursuant to Title VI of the Civil Rights Act of 1964, 42 USC 2000 et seq.; The Rehabilitation Act, 29 USC 701, The 13th & 14th Amendments to U.S. Constitution and the Florida Deceptive and Unfair Trade Practices Act, 28 U.S.C. 1343 & 28 U.S.C. 1331.   This action is authorized by the Act of April 20, 1871, Chapter 22, secction1, 17 Stat, 13 (Title 8, United States Code, section 43), to be commenced by any citizen of the United States or other persons within the jurisdiction thereof, to redress the deprivations, performed under color of a state law, statute, ordinance, regulation, custom, or usage or rights privileges and immunities secured by the 14th Amendment to the Constitution of the United States, sec 1, and by the Act of May 31, 1870, Chapter 114,sec. 16,16 Stat. 144 (Title 8, United States Code, Section 41), providing for the Equal Rights of citizens and of all other persons within the jurisdiction of the United States.

**1.a.)**   The Jurisdiction of this Court is also invoked under Title 28 U.S.C. 2281, for determining questions in actual controversy.   This is an action for an Interlocutory Injunction and a Permanent Injunction restraining the Enforcement of I.D.E.A. 20 U.S.C. 1400 et seq., and attendant statutes, by these defendants, until such time as the Constitutionality and lawfulness of such actions is determined, as they relate to the development of IEP's that are presently being allegedly and intentionally falsified to deprive certain persons of inalienable rights.

### INITIAL QUESTIONS PRESENTED

**1. b.)**   Whether it is Unconstitutional to use Federal and State Documents under Color of State law, fraudulently, merely in order to deprive disabled persons of a Free and Appropriate Public Education and fraudulently obtain monies for services from Federal Government that belong to others, unlawfully?

**1.c.)**   Whether it is Unconstitutional and a violation of 8th, 13th and or14th Amendment Rights, when drug companies apply drugs to persons who can't speak to verbalize adverse symptoms, and issue drugs to minors with no binding Informed Consent, even though the drugs have no medicinal value or nutritional content, but are scientifically known as mere deadly poisons?

**1. d.)**   Whether the custom or practices of defendants to falsify IEP's is Unconstitutional with regard to Federal Laws which fund such efforts of defendants or the 13th Amendment, due to the shameful status of "involuntary servitude" being thrust upon disabled children by drug companies and State actors, in that their actions denies students the right and privilege to obtain an education that teaches them the English language, while such right is available to all others who are not of the same National Origins as Plaintiffs?

**1. e.)**   The question of whether the denial of education to certain classes of people because of National Origins or race, to so-called educational opportunities equal to white students similarly situated, is Unconstitutional and or a denial of the Equal Protection of the laws?

**1. f.)**   The plaintiffs at issue (except next friend), are all disabled, four are known to have Autism and one has Severe Developmental Delays.   They are all African American and all are descendants of slaves, since their father, Robert R. Prunty Jr., is a product of a huge slave breeding operation, owned by powerful Virginia Planter, Robert R. Prunty.   Is it Unconstitutional to fraudulently deny Rights and Coverage's to children of slaves, based merely on their Nation Origins?

**1.g.)**   Is it Unconstitutional under the 13th Amendment, to force persons to attend schools where they are being denied a lawful education and are intentionally discriminated against, only to be arbitrarily poisoned by drug companies like roaches and or "human weeds", (as Margaret Sanger once termed it,) and their agents with no informed consent?

**1. h.)**   Are any of the defendants under a duty to provide a Free and Appropriate Public Education, to Blacks connected to slavery and do defendants have a right to prevent certain persons from

4

receiving services guaranteed by the Federal Government?

**1. i.)**   Whether State agents are acting "Under Color of State Law" when they provide patients with a mere form letter type document instead of providing them with binding informed consent, and whether this document is deceptive and misleading to patients and caregivers concerning the actual drug proscribed, and whether such proscription violates standards relating to FTC rules and Per se violations of Deceptive Advertising which conduct affects Interstate Commerce? **(See Exhibit P)**.

**1. j.)**   Whether Medicaid and or its agents have a duty to protect the rights of the disabled and other Constitutionally Protected persons, and whether such agents should be allowed to withhold services and cause resulting damages based merely upon a person's National Origins, and whether such denial of services, when supported by fraudulent documents, represents a Deceptive and Unfair Trade Practice?

## VENUE

**2.)**   Venue is proper in this Judicial District under Title VI of the Civil Rights Act of 1964, 42 USC 2000 et seq., The Rehabilitation Act; and the 13th Amendment to the United States Constitution, since plaintiff(s) are members of a class of persons specifically protected by acts of Congress pursuant to historical Civil Rights precedent, namely protection from discrimination based on Race, Color or National Origins and since most of the actions that caused this complaint occurred in this Circuit and the drugs which were deceptively administered here as well as the venue where most of the discriminatory educational activities took place.

## PARTIES

**3.)**   Plaintiffs and Defendants are described in the caption.

## CHARACTER AND STATEMENT OF THE CASE

### (w/ plaintiff(s) impact statement/affidavit interpolated--and fraud pled w/ particularity)

**4.)**  This is a Complex case based upon the results of an over (8) eight year investigation combined with personal experiences of being discriminated against based upon mere National Origins.   The several Frauds tied to the Deceptive practices alleged in this case, although non-exclusive, have been pled with particularity within the parameters of the who, what, why, when, where frame-work and with a view to **FRCP Rules 8 & 9 et seq.**   Since the plaintiffs affidavits are interpolated within the "Statement of the Case", brevity has been applied in many contexts.   Even though the (5) five Prunty children are of African American descent, and because they have been denied vital services that should not be denied persons of African American descent, or anyone else, according to **Brown v. Board of Education**, the case focuses much more upon the third prong of the **Civil Rights Act of 1964** regarding the *"National Origins"* of the several Prunty children.   **(See Exhibit A, Slave Master Robert R. Prunty's Last Will and Testament, Mr. Prunty died from Apoplexia or other Neurological Conditions)**

**5.)**   For instance, their biological father, (Robert R. Prunty, Jr., Next Friend appearing in this instant case), was born on a slave plantation in West Virginia in 1958, and is also the product and progeny of a huge slave breeding operation, the likes of which produced many hybrid and half-breed children for their slave master's interests, which were bred merely to be later sold throughout the southern United States and oftentimes cross-bred and or in-bred by the slave masters or their children and relatives.   These scandalous and unscrupulous practices of slave owners caused well-documented <u>medically</u> and <u>genetically</u> aberrant events in humans that were felt nationwide regarding some slaves being born with neurological conditions of abject feeble mindedness.

**5. a.)**   After much public outcry from Eugenics groups who deemed persons with a defect to be unfit for life, many people were unlawfully sterilized against their will until The United States Supreme Court, in **Buck v. Bell,** actually permitted the compulsive sterilization of thousands of persons, until the Court later declared that those punished for crimes committed could no longer be

sterilized against their will.   However, **Buck v. Bell** was never overturned, and it appears, as this case illustrates, that State actors are once again intentionally acting against the will and interests of the United States Government, and acting in a manner quite reminiscent of the **"Separate but Equal"** days of the past.

**6.)**   Plaintiff(s) contend that Health and Human Services Officials and agents as well as Medicaid agents and officials, intentionally failed to provide persons representing a protected class with an education, (Free and Appropriate Public Education, (F.A.P.E.), which would allow their acquisition of the English language and attendant skills relating to English Communication and phraseology as well as any of the Electronic Apparatus' needed to express such English language as learned, in contravention of **Lau v. Nichols, The Rehabilitation Act, Sec. 508 and Title VI of the Civil Rights Act of 1964.**

**6. a.)** In the State of Florida, Medicaid's main agent, a Ms. Karen Brooks, constantly led plaintiffs along wild goose chases while full knowing that the company "Piece by Piece" was never going to provide services for the children, since Medicaid's policy refused to pay gas mileage for Behavioral Assessments.   (See Karen Brooks massive Deceptive and Fraudulent Emails Concerning Services that never occurred. **(Exhibit Q).**   Ms. Brooks constant bogus and deceptive emails illustrate the levels of falsehoods that Medicaid officials expressed even to this Court throughout the past (2) two years.

**7.)**   Plaintiff(s) further contend that while acting under Color of State Law, the defendants have surreptitiously and consistently ignored the pleas of certain disabled persons and their parents regarding their needs and desires to acquire the English Language in a Free and Appropriate Public Educational setting, merely due to their National Origins as descendants of African Slaves. **(See Exhibit A).**

**8.)**   Plaintiff(s) further contend that all defendants agents utilized fraudulent documents and improper pseudo or quasi-judicial proceedings and extortionate conduct merely in order to deceive children and parents into believing they were receiving a Free and Appropriate Public Education.

Within the body of all IEP's, in the box where it is asked whether a student has limited English Proficiency, agents of the school district will falsify this part, and check "NO", when the individual cannot speak any words whatsoever, or where the person is extremely limited in speech or English proficiency. **(See Fraudulent I.E.P.'s where nonverbal persons are falsely designated English proficient, Exhibit(s) B & C)**

**8. a.)**   Neither Judah nor Robert can speak an English word, yet, the IEP team insists they have no deficits.   **(See Exhibit(s) B, B-1 & B-2).**   These types of falsehoods are at issue here.   They also check the box (unilaterally) concerning supplemental and special services "No" as well, as if disabled persons have no special needs whatsoever.   At the end of every school year, they come away still lacking any application or understanding of the English language.   As for the list of behaviorists supplied by Medicaid, it is well-known that providers do not get paid adequately enough by Medicaid to justify providing services, and Medicaid's own Director has declared there were no services available where the plaintiff's reside.   **(See Directors affidavit, Exhibit L)** Medicaid knew beforehand that they could not serve the children due to Medicaid's own financial constraints placed upon them.   **(See Deficient & False IEP's & Bogus Lists of Behaviorists, Exhibit(s) B & C).**

**9.)**   Plaintiff(s) further contend that when defendants agents decide a person is too hyperactive, they expel them from school until they have received deadly medications under an extortionate type of psychological duress, which further distances them from acquiring the English language as well as further fragments their already fragile minds.   Judah's teacher actually claimed the Behavior Plan had broken down and that Judah's conduct was unacceptable.   **(See Exhibit D)**.

**10.)**   Plaintiff(s) further contend that the defendant drug companies acquiesce in these Ultra Vires efforts of State agents by supplying lethal drugs to people who cannot understand or appreciate the English Language, nor the intrinsic meanings of the sheer poisons being force fed to underage children merely to disrupt their fragile minds and bodies, to their own detriment, since no person subjected to such deprivations are ever afforded the benefits of <u>informed consent</u> when proscribed and administered these mind robbing drugs, often at a public schools behest.

**11.)**   Although the Risperdal literature declares the drug merely "causes a decrease in mating but not a decrease in fertility", this statement is apparently a bold faced lie, since the scientific facts say otherwise.  **(See Exhibit E-3)**.  The literature is apparently designed for persons who can speak or express themselves well enough to explain adverse symptoms, even to their caregivers. However, not even caregivers can know when a person is experiencing symptoms of dangerous side-effects when that person is non-verbal and Autistic.   Hardly should a non-verbal person be given these drugs with no informed consent from anyone whatsoever, and they even proscribed Abilify when it declares children or depressed persons should not take it.  **(See Risperdal & Abilify Literature, Exhibit E).**

**12.)**   Plaintiffs further contend that the drugs subsequently administered to these Autistic and Disabled persons, who oftentimes cannot speak or express the effects they experience from these drugs, <u>further</u> prevents them from acquiring the English Language, and actually acts as an instrument of death due to complications that arise from drug interactions that occur when certain conditions arise. i.e. Sodium Hydroxide, (an ingredient of Abilify), metabolizes into deadly gases when it encounters metals that occur naturally within the human body.   It becomes a dangerous acid when it encounters any sugars in the body.  **(See Exhibit H)**

**13.)**   Plaintiff(s) also contend that the failure to provide access to the English Language and subsequently directing students to be diabolically drugged with Risperdal and Abilify and Guanfacine are merely more <u>badges of slavery</u> and a further type of <u>Involuntary Servitude</u> forbidden by the **United States Constitution's 13th Amendment as well as the Civil Rights Act of 1964** and its protections against discrimination based upon National Origins.

**14.)**   In essence, children with Autism today are merely fulfilling the "Masters" designs for them instead of they themselves participating in their own destinies, with their parents assistance and wisdom, and not without it, which is very much akin to typical <u>Chattel Slavery scenario</u>, since their deaths can be obtained by the introduction of such deadly drugs by masters, into children's biologic systems.   These decisions by the defendants and their agents has caused irreparable harm to certain of my children regarding their <u>"reproductive capabilities"</u> which is equal to a <u>chemical</u>

castration of the disabled, which was outlawed by the United States Supreme Court in *Skinner v. Alabama*, regarding persons sentenced to sterilization for punishment of a crime.   Studies have shown irreparable damage to the reproductive organs of children as well as adults when Risperdal and other drugs are applied.   The innocent and under age plaintiffs who are herein merely seeking to acquire the English Language, by any legal means necessary, are being intentionally injured by such activities.   **(See False IEP's which declare non-verbal Autistic persons to be English Proficient, Exhibit(s)B-1, 2 & 3)**

**15.)**   The defendants of this particular case, being fully aware of the past Governmental support of Eugenics theories and Compulsory Sterilizations of the past, are again expressing this will and objective in surreptitious and discreet manners, which still amount to a "Separate but Equal" status for persons who are descendants of the slaves concerning their "National Origins" and who are African Americans, as are the plaintiffs in this case.   There is utterly no way this case would have occurred if not for the fact of foreknowledge concerning the probable causes of Autism, Schizophrenia, Bipolar or any other Neurodegenerative disease.   It has recently become known through Epigenetic Research that past head beatings or experiences of Humans can cause later episodes of Neurological disorders in their offspring.   **(See Exhibit F )**

**16.)**   It is deemed that a failure to provide them with adequate instructional procedures, electronic devices and therapies, not only denies them an education, but also a meaningful opportunity to participate in the public education program, and thereby violates **601 & 602 of the Civil Rights Act of 1964**, which bans discrimination based "on the ground of race, color or national origin" in any program or activity receiving Federal financial assistance, and the implementing regulations of the Department of Health and Human Services and its affiliates.

**17.)**   In this case, for the past (5) five years, plaintiffs had been repeatedly informing school officials as well as Medicaid officials of the special needs Autistic persons require in order to understand how to learn the English language.   During each of the past 5 school years, there has been extreme disagreement on the progress of the children as well as their repeated failures of entire grades of school, while the worst appearing on the Autism Spectrum, i.e. Robert III, Moses and Judah, are being passed/placed with no explanation or parental involvement.

**18.)**   Sometime in 2012, the parents actually learned what a "Free and Appropriate Public Education "actually means.   At the next IEP meeting we asked why we were not allowed to participate in the complete IEP and placement process and were met with unclear answers to the effect that "you are involved, just sign here".   What we learned after reading the law and rules was horrendous when compared to the dismal state of the children who were denied all the services we discovered being applied to other disabled students in order to help the children acquire the English language and obtain an education of substance and according to the Law of the Land.

**19.)**   Under the **I.D.E.A., 20 U.S.C. 1400 et seq.**, we encountered the following types of resistance and recalcitrance from the school officials and Medicaid agents:

a.   The school officials at Memorial and West Elementary and Desoto Middle school failed to allow us to examine records and evaluations and placements of the children, in contravention of **Title 34 sec. 300.501(a)(1)&(2)**

b.)   Parental participation in meetings within the meaning of **Title 34 sec. 300.501(b) et seq.**

c.)   No parental involvement in placement decisions, in contravention **of Title 34 sec. 300.502 et seq.**

d.) Defendant school district effectively ignored parent's right to independent Educational Evaluations by subterfuge, merely in order to obtain Federal funding while not providing services, contravening **Title 34 sec. 300.502(b). (See Exhibit B 1, 2 & 3)**.

e.)   Parents received no Parental Safeguards Notice each time they requested an independent Educational Evaluation, in contravention of **Title 34 secs. 300.304, 300.305 et seq, 300.504(a) & 300.9**

f.)   After determining that the Prunty children were a part of a class known as "disabled", there must be provided a statement of the child's present levels of academic achievement and functional performance as well as what supplemental aids, supports, devices and special services are needed in order to accommodate the child, which did not occur, in contravention of **Sec. 300.320 et seq.**

g.)   When the parents presented past psychiatric reports outlining the existence of special learning disabilities for all the children in areas of reading, oral expression, written expression, basic

11

reading skills, reading comprehension and math---such pleas were ignored, in contravention of **34 CFR Sec.300.309 et seq**.

h.)   When parents asked what if any Supplemental aids, special services or other modifications were available for the children—this request was also ignored, for extended periods, in contravention of **34 CFR 300.324 et seq. & 300.114 et seq.**

i) Since special education and related services are tightly connected to principles of "individualization", the parents became especially alarmed when this never occurred, the further contravention of the law, which is designed to respond to the needs of each child specifically, according to **"Assistance to States for the Education of Children with Disabilities and Preschool grants for children with Disabilities, Final Rule, 71 Fed. Reg. 46540 (August 14[th] 2008) codified at 34 C.F.R. 300.**

j.)   The parents requested computers and other communication devices at myriad IEP meetings in (3) three states, all to no avail.   Instead, the IEP teams would always request that we sign the document anyway, and discuss the particular services at a later date, when **20 USC 1400 et seq** and **71 Federal Register** states otherwise.   The many decisions to prevent parental participation prevent the use of supplemental aids and special services with supports, or to even consider the possibility that the children may have to be educated elsewhere, has caused serious damage to the educational future of these Autistic persons.

j. a.) Even though the parents made placement proposals at IEP meetings regarding instruction in regular classrooms with special aids, special classes for the more severely impaired, special schools, home instruction and or instructions in hospitals and institutions---the response has always been the same---either budget constraints or simply ignore the parents.

k.)   At other times we would inquire about electronic speech language pathology services and audiology services, psychological services, therapeutic recreation etc., the school officials never made these requests a part of the IEP Plan.   The schools however, merely scramble to develop bogus IEP's without parental participation, as well as make unilateral placements without the parent's approval.   After the Autistic person becomes frustrated due to the lack of educational attention and becomes irritable or otherwise unruly, this appears to trigger the school to instantly expel them, only to have them subsequently drugged or otherwise poisoned with dangerous drugs like **Risperdal** and **Abilify**.

12

**20.)**   Medicaid and its agents, who indeed have the appropriate funding to permit Autistic persons to learn the English language, as well as to provide them with a Free and Appropriate Public Education, have instead chose to allow them to sit languishing away in school all day---some in a semi-catatonic state from the improper drugs—being totally deprived of Federally protected rights and Congressional mandates to be educated and to learn the English language. **(See Lau v. Nichols)**

**21.)**   In this case, it is not only the State which participates in the discrimination against the Autistic student, but also the drug companies, who stand by patiently waiting to kill, maim or otherwise neutralize the Autistic with drugs of ill-repute and deadly consequences.   The resulting reality is that children who have language difficulties—receive absolutely no education in at least the States of Maryland, Georgia and Florida, as a matter of fact and law.

**22.)**   Plaintiff(s) happen to belong to a class of persons protected by the Laws of this country, i.e. the Autistic, Disabled as well as African-American.   In or about 1999, then Surgeon General David Satcher, declared that Autism could be affected drastically by mere behavioral interventions.   Behavior interventions are well-known to allow the Autistic to acquire physical speech and or develop devices whereas they can express themselves and learn English.   The statements of the Surgeon General motivated these parents to actively seek behavior based programs in all of their school curriculums, since it was learned that Applied Behavior Analysis requires at least 30-40 weeks of intensive instruction.

**23.)**   **For purposes of 13th Amendment Standing, be advised that Next Friend, Robert R. Prunty, is also a direct descendant of African Slaves---born on a slave plantation in Bluefield, W. Va. In 1958.   Named after slave owner Robert R. Prunty, who reportedly named many men Robert R. Prunty, as a sign that they would never be sold away from his plantation.   **(See Slave Master Robert R. Prunty's Last Will and Testament, Exhibit A).**

**24.)**   The events leading up to this action began at Kennedy-Krieger Medical Institute in

Baltimore, Maryland, in or around 2005. The meetings at Kennedy Krieger ended abruptly due to the doctor getting mad at the parents for no reason and used this pretext to arbitrarily eject the children from the program, which actually provided ABA intensive therapy.   **(See Exhibit G)**

**24.a.)**  *(\*\*For the sake of Judicial economy, Kennedy-Krieger, Family Preservation Inc. of Florida and school systems in Maryland and Georgia are referred to as mere "Peripheral Players" which merely , in the ways mentioned by this action, simply acted in support of the herein complained of actions).*

**25.)**  After being ejected from Kennedy-Krieger in or about 2005, the parents proactively attempted to inform the various Maryland schools of their concerns about the children receiving adequate services to support their lack of speech and or appreciation of the English language.   In Maryland, the Medicaid program emphatically declared the economy was precluding adequate services.   In Georgia, the same thing occurred.   Thinking the problem was geographical, the parents moved to Florida and encountered the same refusals to assist these children in receiving the necessary behavior training to assist them in the learning process, and hence, the acquisition of the English language.

**25.a.)**  Our experience in Florida revealed that the problem was system-wide and not merely limited to certain states.   It became clear after nearly two years of begging Florida school officials to assist the children in acquiring speech and receiving the services and supports mandated by law, that the school had no intention of applying the services to Autistic persons which would assist them in acquiring the English language, as attached evidence will show.

**26.)**  It was not until the beginning of the 2014 school year that the parents finally realized the schools were actually working against the children.   For example, instead of providing the needed services, the school will instead fail an Autistic student entirely, instead of merely providing needed services.   One day in or around March of 2013, from the clear blue, the school called and said Robert had to leave and not return until his behavior was in control.   So, we took Robert to the doctor where he was immediately proscribed Risperdal/Risperidone at an adult dose.   In or about July of 2013, Robert began to grow female breast tissue and he gained nearly (60) sixty

pounds.   **((See before and after photos of Robert's Gynecomastia, Exhibit N).).**

**27.)**   Panicked, the parents did research only to learn that this drug was actually killing or maiming people, ruining their reproductive lives and causing diabetes amongst a host of other maladies.   At no time were the parents informed about the hidden dangers of Risperdal concerning reproductive problems associated with the drug.   Nor is this information explained in any literature relating to Risperdal or Risperidone.   All the drug companies speak about in their literature is a condition known as "Priapism", which causes abnormal erections, while neglecting to mention tests of the drug that showed high rates of death, diabetes, sterilization & birth to still born children with birth defects as well as a host of other maladies.

**28.)**   Also of interest here is that the drugs Risperdal and Abilify both have "Black Box Warnings" which strictly and disingenuously forbid giving the drugs to the elderly with Dementia, (Risperdal), or that, in the case of Abilify, it should not be given to any person who has a *"Dementia Related Psychosis"*.   This statement is highly misleading since all psychosis' as a matter of fact, are "Neurodegenerative in nature" and thus instantly become "related to Dementia".

**29.)**   Parents here are complaining about the fact that neither Robert III nor Judah can talk, therefore, it would be impossible for them to verbalize adverse symptoms relating to the drugs in time to be helped or saved medically.   There appears to be great negligence on the part of defendant drug companies when it comes to recognizing the fact that in order to explain adverse symptoms, a person must be able to talk, or even to write.

**30.)**   Plaintiffs were never informed of the dangers of this drug and its lifetime of side effects, and no informed consent was given which would allow such dangerous drugs to be administered safely, since they are indeed not safe.   Such dangers are not explained in any of the drug company literature.   For example, we learned that Sodium Hydroxide is a highly abrasive acid that becomes a dangerous gas when it encounters metals in the human body.   When Sodium Hydroxide comes into contact with any sugars in the body, it becomes a dangerous acid.   **(See Exhibit H)**

15

**31.)**   Robert was then placed on Abilify after doctors weaned him from Risperdal, which is arguably even more dangerous than Risperdal since it contains Sodium Hydroxide.   After learning of the Abilify dangers, (still with no informed consent), the parents complained again only to have Robert now proscribed the drug Guanfacine.   Guanfacine fared no better. Approximately (4) four months later, Judah was treated like Robert, in that the school suddenly decided he had to be expelled until his behavior was brought under control.   Judah was out of school 10 days while being adjusted on this new drug which would allow him to not get constantly expelled from school, (since he has his senses dulled now.)

**32.)**   Listed below please find a sample breakdown of the matters relating to these drugs that do not appear in their literature, but are known scientific facts:

Risperdal/Risperidone: contains the following:

- **Colloidal silicon dioxide:** It alone causes sexual dysfunction and fatigue.

- **Hypromellose:** A new form of concrete

- **Lactose**: A form of sugar.

- **Magnesium Stearate**: Stops pills from sticking together.

- **Microcrystalline Cellulose**: Refined Wood Pulp.

- **Proplyene Glycol**: Well-known poison and used in Anti-freeze compounds.

- **Sodium Laurel Sulfate**: Detergent used in soap preparations.

- **Cornstarch**: Thickening agent.

**33.)**   The above ingredients represent the 1mg tab supplied to Robert III without informed consent.   Notice that none of these ingredients have any medicinal value or nutritional value, but instead are a mere concoction designed to prevent births from people who are deemed Psychotic or otherwise neurologically compromised, or perhaps death in any person coming into contact with such drugs. These compounds merely prevent the human body from performing normally. Robert III was proscribed this drug merely because he was irritated one day in school.   He was never a problem child.   Now however, he is like a zombie waiting on his next fix.

16

**34.)   Abilify**: Contains the following ingredients:

** Abilify is not to be taken by <u>anyone</u> with Dementia related conditions, (**Autism is a Dementia related condition).   Abilify is not to be used in pediatric people with depression. Robert III was proscribed this drug at age 11. **Autism and depression go hand in hand. Extremely high risk of suicide.   Robert III was proscribed this drug after being weaned off of Risperdal.**   A close look at the ingredients will show what plans were made for the disposal and or destruction of Robert III:

- **Ariripizole**: It alone causes extreme compulsive behavior.

- **Di sodium Edetate**: Real name is EDTA.   Attracts metals in the body.

- **Fructose:** A super sugar.

- **Glycerin**: Itself contains C3H803. A deadly combination.

- **Di-Lactic acid**: Glue and Leather preparation.

- **Methylparaben**: Female hormone Estrogen Effect on Gonads and sex organs.

- **Propylene Glycol**:   Well-known poison.

- **Propylparaben**: It alone destroys reproductive system.

- **Sodium Hydroxide**: Destructive acid.   In human body, contacting sugars makes gaseous exchange, contacting metals in body causes gas as well.   Deadly gas.

- **Sucrose**: Hyper Sugar.

- **Purified Water**.   A neutralizer for the diabolical chemical interaction.


**35.)   Guanfacine**: Ingredients:

- **Anhydrous Lactose**: No medicinal value, and harms the lactose intolerant. Robert III is Gluten sensitive and Lactose intolerant.

- See   **Aluminum Lake, Microcrystalline Cellulose,** problems above.

- **Povidone**: Used in preparing Betadine.

- **Stearic acid**: Pure Fat.

**36.)**   Obviously the parents, in their alarm concerning Risperdal and Abilify, had caused the defendants to tone down their blatant application and distribution of the "murder pills".   In any event, Judah was subsequently proscribed Guanfacine, and allowed back into school.   Robert is now weaning off of Abilify (50% off) and has instructions for beginning a Guanfacine regimen. Judah's teacher submitted an extensive letter declaring that his "Behavior Modification Plan" was not working.   **(See Exhibit D)**. The bad part is that both drugs is that Abilify and Risperdal, have lifelong consequences.

**37.)**   The parents were already frustrated because since late in 2012 they learned that a United States Federal Judge had already commanded Medicaid to provide behavior services to its recipients.   Therefore, we personally went to Medicaid's Area 8 office to implore them to allow our children to receive the much needed behavior therapies.   Instead, Medicaid gave the parents a list of providers who declared they were not really providers in that they were being hindered by Medicaid itself, who refused to pay gas mileage to all would-be providers.   **(See Exhibit C)**.

**38.)**   When the parents learned the Medicaid list was bogus, they filed a Motion for Contempt in U.S. Federal Court.   **(See Exhibit I & J)**.   Defendant Medicaid appealed the previous ruling of this Court, mooted the Contempt Motion, and ultimately lost.   In a response to the parents Motion for Contempt, the Florida Medicaid Director declared that there simply were no resources in the geographical area of Southwest Florida in which we lived**.   (See Exhibit L).**

**39.)**   After it was learned that Medicaid refused to help the Autistic even on a judicial level, attention was turned to the school system, where the situation there and implications were even more horrendous.   During the first IEP meeting of 2014, the parents repeated their mantra of when there would be behavior services, only to anger the Principle at Memorial Elementary.   The same thing occurred (angry principal) when the children were enrolled at West Elementary.   One day, when the parent (this writer), couldn't locate his child on school property, and inquired about it with the then vice principal, Ms. Phyllis Clemons, he was told "Maybe I should just call 911 on you".—merely for asking about a possibly lost child.   Perhaps she was upset about our previous IEP meetings.   Her statements came at a time when the school was adamant about services being

18

denied due to economic constraints.

**40.)**   It seems the anger of principals stemmed from the parents' stern refusals to sign off on any IEP's that failed to provide supplemental supports and services, parental participation or behavior therapy.   The aforementioned events coupled with the parents reading of the laws that apply to such scenarios, revealed that the schools were not abiding by the law and that Medicaid is well-aware of such non-compliance, at peril of the Autistic who merely seek to acquire English and receive a Free and Appropriate Education – despite their National Origins.

**41.)**   Therefore, it is believed, based upon the information received by the plaintiffs, that Medicaid, their agents in Maryland and Georgia and the entire Desoto County school system merely ignored applicable laws which would provide an English language for the African-American and Disabled children as well as comply with Federal Law.   Drug companies and their affiliates merely attempted to clean up the mess with secret Euthanasia tactics, but in a Negative Eugenics context of days gone by.

**42.)** At the conclusion of the Motion for Contempt proceedings, the Magistrate in that case suggested that Plaintiffs perhaps should consider a separate action.   This action is that action. **(See Exhibit M).**

## COUNT ONE:

## RACIAL DISCRIMINATION IN VIOLATION OF TITLE VI OF THE CIVIL RIGHTS ACT OF 1964, SEC 601, 602 & 42 U.S.C. 2000(d) & (e). ET SEQ.

**43.)**   The foregoing paragraphs are re-alleged and incorporated by reference herein.

**44.)**   The defendants conduct, as alleged at length herein, constitutes Discrimination based on National Origin and Race, in violation **of Title VI of the Civil Rights Act of 1964.**   Defendants used fraudulent documents and other deceptive acts to deprive plaintiffs of guaranteed Rights.

19

## COUNT TWO

### MULTIPLE VIOLATIONS OF 20.U.S.C. 1400 ET SEQ. (I.D.E.A.)

**45.)**   The foregoing paragraphs are re-alleged and incorporated by reference herein.

**46.)**   The defendants conduct, excluding the conduct of the several Drug companies, are deemed to be violative of the above statutes, and the violations of I.D.E.A. were intentional and done based upon plaintiff's National Origin.

## COUNT THREE

### VIOLATIONS OF THE REHABILITATION ACT, SECTIONS 504 & 508 ET SEQ & 29 U.S.C. 701 ET SEQ.

**47.)**   Plaintiffs re-allege and incorporates by reference each allegation contained in each aforementioned paragraph as thoughtfully set forth herein.

**48.)**   All the above named defendants discriminated by failing to provide reasonable accommodations in Education contexts, under **Section 504 and under Section 508**, whereas all defendants (except the Drug Companies) refused to provide electronic technology to the disabled within an educational setting.

**49.)**   All defendants within an educational context have conducted themselves intentionally, deliberately, willfully, and in callous disregard to the rights of the several Prunty Children.

**50.)**   By reason of these defendants actions, plaintiffs are entitled to all legal and equitable remedies under The Rehabilitation Act.

**51.)**   Attorney's fees should be awarded under **29 U.S.C. 794 (a)(1).**

# COUNT FOUR

## FLORIDA DECEPTIVE AND UNFAIR TRADE PRACTICES ACT

### 501.201 & 501.203(3)(b) et seq.

### Based upon 5 of The Federal Trade Commission Act

**52.)**   Plaintiffs re-allege and incorporates by reference each allegation contained in each aforementioned paragraph as thoughtfully set forth herein.

**53.)**   All defendants of the caption are allegedly deemed to be in Per Se violation of the **Federal Trade Commission Act, Section 5, (1) & (2)** which declares: (1) Unfair methods of competition in or affecting commerce, and unfair or deceptive acts or practices in or affecting commerce, are hereby declared unlawful. and (2), The Commission is hereby empowered and directed to prevent persons, partnerships, or corporations, (except in certain specified financial and industrial sectors) from using unfair methods of competition in or affecting commerce and unfair or deceptive acts or practices in or affecting commerce.

**54. a)**   The Commission has already declared that an act is "deceptive" if it involves a representation that is likely to mislead consumers acting reasonably under the circumstances, and the representation, omission, or practice is material.

**54. b.)**   In this case, the named defendants made representations that were likely to mislead the consumer, and instantly, these plaintiffs, regarding the products in question.   On a defendant by defendant basis, those representations consist of, but are not limited to the following:

**54. c.)**   Defendants in an educational standpoint receiving monies under false Educational pretenses, before the I.E.P. process begins they check certain boxes that instantly preclude a targeted person from receiving certain Federal mandated services, although the school agency/agent has already received monies under the same pretext, countless times, unbeknownst to the Federal Government, and continues to receive monies regarding the said disability, all while the School/State actors, selectively refuse to provide access to the much coveted English Language

21

and other services via such methods, merely to raise money unlawfully, at the expense of providing education in a public school setting.  **(See: Fraudulent I.E.P.'s, Exhibit(s) B- B-1 & B-2)**

**54. d.)**  All defendants related to Medicaid and its agents allegedly flaunted and represented bogus "provider lists" to get the hopes up of parents, when they fully knew that due to their 60% reduction in rates to providers, and histories of slow pay and or no pay to providers, that none of the providers on the list were able to offer services, or even begin the service process, all to the detriment of their recipient/clients and unfortunately, members of a protected class, based merely upon their "National Origins".  **(See: Exhibit C).**

**54. e.)**  All defendants related to the drug companies are using a form of the "bait and switch" tactic, in that the first medical person a disabled person sees, provides them with absolutely no "informed consent", and instead merely issues a document which states the word Risperdal once, and that asks for a signature that merely clarifies a person's acceptance of the doctors "program", and which completely fails to tell a person about the drug, which in this case, causes death and destruction in humans.   After persons are seduced by the doctor who still fails to obtain "informed consent", the drug companies attempt to maintain this new bogus and hoodwinked clientele by deceptive and Misleading statements about "Dementia-Related conditions", while full knowing that "all neurodegenerative diseases are Dementia-related"---causing this material statement to be an inadequate disclaimer, or misleading since it conceals facts, and misleads persons who can be endangered when they have a "Dementia related-condition".  **(See: Exhibit P & Risperdal Side Effects, Exhibit E).**

**54. f.)**  After the Doctor has proscribed the drug, no person is ever informed in any of the literature regarding the drugs, that they contain real poisons, like Lye and Anti-freeze compounds--all force fed to people without "informed consent", and all literature produced by these defendants is misleading and designed to deceive.  **(See: Exhibit(s) E-1, E-2 & E-3 as well as Exhibit H).**

**55.)**  The above "representations" are deemed to be "omissions" and "practices" by the Federal Trade Commission Act, in that the view is based on the "reasonable person perspective", and

because the practices illustrated above are directed at certain groups of people, like "neurologically malfunctioning descendants of slavery". **(\*\*\*Of special note is the fact that Chattel Slavery and its ill effects did not only apply to Blacks, but also to Irish persons, who were already slaves in Europe but were also used to breed and inbreed with African Slaves in order to increase plantation slave populations. Various other races were intermingled in this way as well, which is why many neurodegenerative conditions relating to slavery crossed racial lines so easily and expresses itself in all races of today).**

**56.)** Plaintiff(s) further allege that all "representations of defendants" were "material" and highly likely to affect the conduct of persons targeted by such deceptive and misleading expressions of defendants, regarding the drugs they cause persons to ingest without informed consent, and that these same drugs or services are products placed into interstate commerce by defendants, intentionally.

**57.)** All the literature placed into issue by this case is used by defendants to lure, mislead and deceive plaintiff(s) into utilizing their services or products or participating in Public School Educational Programs howbeit in a bogus way, as in the case of the fraudulent IEP's, since the FTC Act has already declared that an advertisement is "Deceptive" if it includes information that is false or is likely to mislead a consumer acting reasonably under the circumstances, and such "representations" of the defendants are furthermore "deceptive" since they omit material information about the drugs or school benefits available, and those omissions are likely to mislead a consumer acting reasonably under the circumstances.

**58.)** Plaintiff(s) further allege that an act or practice is "unfair" and also in violation of the **FTC Act** if it: causes injury to consumers that: (1) is substantial; (2) is not outweighed by countervailing benefits to consumers and competition; and (3) consumers themselves could not reasonably have avoided. (**15 U.S.C. 41 & 45 et seq**.). Plaintiffs hereby seek Permanent Injunctive Relief and other equitable relief resulting from a jury trial, due to plaintiffs substantial injuries to their reproductive organs and delicate mental states, by the mere introduction of Risperdal--Colloidal Silicon Dioxide--Ariripizole, (which alone causes extreme compulsive behavior), Methylparaben-&-Propylparaben, known destroyers of sexual function and are the cause and basis

of damages beyond measure.

**59.)**   It is further alleged that all the named defendants are implicated in violations **of Florida Statute 501.2077 et seq**. as it pertains to the handicapped or disabled or senior citizens who are deceived by the advertisements of defendants.   The above illustrated acts are hereby deemed to be acts that are "unconscionable acts or practices, and unfair or deceptive practices" that caused the alleged harm to plaintiffs.

**60.)   Section 501.204(2)** provides that "due consideration and great weight" be given interpretations by Federal Courts and the Federal Trade Commission of what constitutes unfairness and deception.

**61.)**   All named defendants violate the statute (FDUTPA) in that their activities "offend public policies, are immoral, unethical, oppressive, unscrupulous, and injurious to consumers of Florida in general and consumers potentially threatened elsewhere", and that such violations represent violations of FTC rules representing "Standard Violations" and "Per Se Violations".

**62.)   Section 501.2075,of the FDUTPA** is implicated in that defendants knew or should have known that his or her conduct was unfair or deceptive or prohibited by the Rules according to **15 U.S.C. 41, 45 & 501.204 et seq**.

## COUNT FIVE

## VIOLATIONS OF 13th CONSTITUTIONAL AMENDMENT

**63.)**   It is further re-alleged, and incorporated within the foregoing, and herein, that the actions of all named defendants in the caption are deemed to be motivated by discrimination due not only to National Origins, but Race as well, and that all the actions of the named defendants represent a type of "forced involuntary servitude" which totally controls persons in educational settings as well as medical settings, against their will, due to their "National Origins" and Race.

**64.)**   All named defendants acted with malice or reckless indifference to plaintiffs Federally protected rights likewise.   The alleged "deprivations of Federally Protected Rights" were undertaken pursuant to governmental 'custom' or 'policy', since the documents in question are of such nature that the Federal Government had to be well aware of the activities of its agents acting Ultra Vires since no services were rendered while people are still disabled.

**65.)**   The practice, policy and custom of falsifying IEP's and misrepresenting drug side effects is a widespread activity of defendants, although not authorized by a written law or Municipal policy, and is so permanent and well-settled that such acts constitutes an actual custom or howbeit secret "usage" of the defendants, which has the ultimate force of law and segregation.   Thus, plaintiff's rights were violated by subordinates of the defendants.

**66.)**   **Section 2 of the 13th Amendment** gives Congress the power to enforce the ban on "involuntary servitude" by appropriate legislation.   In fact, the defendants feel they have such control over the plaintiff's, that they even lied to a United States Federal Judge in 2013 in the AHCA response to the plaintiff's Motion for Contempt.   **(See pg.2, paragraph 3, Exhibit O)**

**67.)**   Said "persons" all "acted under Color of State Law merely and in order to harm the medical and educational lives of African American persons who are descendants of Chattel Slavery. Cloaked with such authority, the defendants effectively caused the plaintiffs to bend to their every will and whim merely and in order to deny them an equal education and to harm their future reproductive abilities.   Said agents of the State and Medicaid agents have allegedly abused the position given them by the State.

**68.)**   The unlawful decision of the several defendants to falsify Federal Documents and mislead users of Proscription drugs, subjected these plaintiff's to severe mental and emotional distress as well as deprivation of Rights to a Free and Appropriate Public Education and the right to not be placed into a condition of Chattel Slavery due to the actions or inactions of those charged with a duty to protect these rights.

**69.)**   Said harm caused by the State Actors and the Drug Companies is a result of the defendant's intentional actions which are deemed "Ultra Vires", in that they instituted an unlawful and improper policy which prevents persons of certain National Origins from receiving benefits earmarked for their class of persons.   This custom or policy of the defendants is deemed to be unconstitutional and unlawful. It is further alleged that the State and or Authorities with the right to train and supervise the activities of their subordinates have intentionally and utterly failed in that regard.   The supervisors or other agents of defendants therefore directly participated in the activities which caused the alleged harm to plaintiff(s).

**70.)**   The rights secured by the United States Constitution and which were destroyed by defendants are indeed rights guaranteed to be upheld by the United States Courts and Congress, such as the 13th Amendment and Title VI of the Civil Rights Act of 1964.   Plaintiffs were denied Due Process of law due to their vested interests in the rights herein complained about.   Such rights are expected to reside in the plaintiffs.   The Prunty children have been unlawfully denied the right to life, liberty and property by failing to give them proper notice before taking such rights away from them.

**71.)**   The conduct of the several defendants, which effectively denied disabled African Americans, and descendants of the slaves, federally guaranteed benefits, was arbitrary and conscience shocking in a Constitutional sense, due to the fact that such rights complained about are indeed fundamental ones.   It is furthermore alleged that the several named defendants conspired together in order to achieve the unlawful objectives herein complained about.

**PRAYER FOR RELIEF**

**1.)**   Wherefore, plaintiff(s) respectfully prays that this Honorable Court, upon the filing of this Complaint, notify the Chief Judge of this Circuit as required by **28 U.S.C.A. 2284**, so that the Chief Judge may designate two other Judges as members of a Three-Judge Court as required by **Title 28, U.S.C.A. 2281**, to hear and determine this action.

26

**2.)**  That this Honorable Court enter a judgment or decree declaring that the **20 U.S.C.1400 et seq.**, IDEA policy of allowing school officials the opportunity to unilaterally create IEP forms without parental participation is Unconstitutional, in that it empowers the defendants to deny needy persons an education as well as cause them to be targeted for medical/castrations/extinction.

**3.)**  That this Honorable Court rule as Unconstitutional the acts of drug companies which carelessly and negligently allow drugs to be ingested by non-verbal, disabled and African Americans who cannot verbally or otherwise explain adverse symptoms, and that all known poisons and their consequences be included on all drug company labels and literature, and that a binding legal form of "Informed Consent" be applied in all transactions when dealing with any disabled persons or persons of American slave ancestry.

**4.)**  That this Honorable Court declare that denying individuals the Rights guaranteed by I.D.E.A. and attendant statutes actually are denials of the Equal Protection Clause of the United States, and that using fraud and subterfuge to control innocent persons is a type of "involuntary servitude" that is supported by drug companies who systematically poison individuals rejected by the school systems, and that such actions are also deemed unconstitutional in the State of Florida and all other States under this Constitution since such activities empowers the school officials to deny educations to some and provide the full scale of opportunities to others, defendants should be Permanently enjoined from such conduct under penalty of sanction for any such future conduct. These subversive activities make school and education become "invisible" and "impossible" to achieve for the disabled descendants of slaves.

**5.)**  That this Honorable Court issue a Permanent Injunction forever restraining unilateral development of IEP's and forever enjoin defendants and other similarly situated State Actors from performing such acts of blatant racism ever again, at peril of a loss in Federal Funding, and further enjoin all drug companies from providing drugs to underage persons who are disabled unless they can speak and with binding informed consent.

**6.)**  That this Honorable Court issue a Permanent Injunction forever restraining and enjoining the

defendants from ever again refusing psychological and behavioral services to any persons already deemed "disabled", since any other action can be deemed prompted as action on account of their Race or National Origins in the context of Public Education, as well as permanently removing the right of Medicaid to decide how bad their condition is before any services are authorized.

**7.)**   That this Honorable Court effectively strip Medicaid and their agents from ever again selecting providers of any Health care services, and that the "case by case" concept prayed for by Medicaid concerning Applied Behavior Analysis be eradicated as soon as a person is termed "Autistic".

**8.)**   That this Honorable Court make a mandate that "uninterested persons" decide who will provide actual care for needy persons, especially when the services are crucial ones like ABA. "Uninterested" means persons appointed by the Court or other agencies designated exclusively to make certain that disabled persons lives are not destroyed by State Actors ever again.

**9.)**   That this Honorable Court, under Title VI and 13th Amendment Powers, rule it Unconstitutional to force African Americans into a state of "involuntary servitude" to State Actors who abuse them like Chattel Slaves due to their so-called "feeble-mindedness" or "imbecility" merely due to their National Origins, and make it unlawful to summarily execute persons with lethal drugs based on false educational documents, and make it a crime to falsify any documents relating to the disabled or persons belonging to certain races or National Origins and mandate that a lack of informed consent concerning minor persons of any race, color or national origin can trigger personal and criminal liability upon wrongdoers.

**10.)**   That this Honorable Court, after a determination that such "lack of informed consent", when found, is meant to intentionally inflict harm on unassuming persons when the proscribed drugs are also found to be specifically designed to cause infertility or sterility and or other dangers to offspring and or any other life-threatening conditions, and that such actions are akin to a crime of murder or its attempt, and are hereby forever ruled unconstitutional and unlawful.

**11.)**   That this Honorable Court find that, the type of segregation employed by the defendants which effectively precludes African American persons or persons with chattel slavery as a national origin is Unconstitutional, since such practices empowers those persons who wish to deprive others of a Free and Appropriate Public Education.

**12.)**   That this Honorable Court permanently enjoin the drug companies from providing any more drugs to disabled individuals who cannot speak any words, and further enjoin them from proscribing any more drugs to disabled persons without their informed consent.

**13.)**   Because many of these deceptively introduced drugs often produce death and sterility, this Honorable Court should mandate that defendant drug companies inform all persons who read their literature about the drugs that they are known poisons and death purveyors, while explaining (within the literature) the lack of nutritional or medicinal values in these drugs and the need for ingestion.

**14.)**   This Honorable Court should also declare that it is a Per Se Violation of FTC Rules, as interpreted by the "Little FTC Acts", that the following acts of the several drug companies, are especially unlawful and represent further Deceptive and Unfair Trade Practices, in contravention of The Florida Deceptive and Unfair Trade Practices Act:

**15.)**   This Honorable Court should view all defendants advertisements and literature and determine if they are misleading in any material respect; especially the parts relating to *"Dementia Related Psychosis"--"Lying about the status of non-speaking persons"--"Deceptively applying Lye and Anti-Freeze compounds to unassuming persons"---"Deceptively applying reproductive organ destroying chemicals, surreptitiously to unassuming persons bodies"--*and in determining whether an advertisement is misleading, there shall be taken into account (among other things) not only representations made or suggested by statements, words, designs, devices, sounds, or any combination thereof, but also the extent to which the advertisement fails to reveal facts material in the light of such representations or material with respect to consequences which may result from the use of the pruduct or commodity to which the advertisement relates under the conditions

prescribed in said advertisement, or under such conditions as are customary or usual.

**16.)**   That this Honorable Court declare that plaintiffs are entitled to future economic damages, allowing Medical doctors to testify as to the likelihood of future medical treatment and its costs, further allowing rehabilitation experts to develop a life plan for persons experiencing deadly side effects from Risperdal and Abilify and what type therapy to rid the system of these deadly drugs are available, and what the plaintiffs will need to be made whole, and an economist can ascribe a present money value to all of these damages in a special hearing.   This Court should also compel experts to tabulate the plaintiff's life expectancy after ingesting Risperdal and Abilify in order to "compensate a plaintiff for the loss of capacity to earn income as well as future dead offspring and, not the actual loss of future earnings."

**17.)**   This Honorable Court should also rule that non-economic damages are also applicable to this case.   These damages are intended to compensate for the pain and suffering, disability, disfigurement, mental anguish, and loss of capacity for the enjoyment of life that has occurred with the Prunty Children who were used unlawfully in the herein outlined manners.   The injuries to the children's reproductive organs are indeed damages of immeasurable value.

**18.)**   Under these circumstances, plaintiffs seek to be made whole---after being denied the opportunity to acquire the English Language—being denied services relating to their condition and denied Due Process of Law regarding their rights to be notified and informed about proscription drugs adequately, based upon National Origins, as well as to rid their bodies of the evil poisons forced upon them---with a view to Epigenetic Therapies to erase the wrongs inflicted upon them by State Actors and rogue doctors and drug companies, in order to heal their minds and souls, as well as any and all persons similarly situated, since the named defendants are implicated in violations of State and Federal Laws that can trigger punitive damages.", especially if the corporation is merely serving the master, or directors of the corporation when there has been proven negligence, and any other and further relief this Honorable Court deems just and proper.

"I certify, under penalty of perjury that the foregoing is true and correct.

Executed on: _____3 – 5 – 2 c14_____.

Respectfully submitted,

*Robert R. Prunty, Jr.*

Robert R. Prunty, Jr.

427 West Hickory Street

Arcadia, FL   34266

(863) 991-5195

31